IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

| | |
|---|---|
| RAFAEL PEREZ-RODRIGUEZ, a/k/a ARTHUR L. GUAJARDO, Plaintiff, v. PATT DONALDSON, et al., Defendants. | NO. 11-3106 |

OPINION

RICHARD MILLS, U.S. District Judge:

The Plaintiff seeks to file a complaint asserting a civil rights violation under 42 U.S.C. § 1983. Pending before the Court is a petition to proceed in forma pauperis [d/e 2] and a motion for leave to proceed in forma pauperis [d/e 4].

The Plaintiff states that he is an inmate at Giles W. Dalby Correctional Facility in Post, Texas. His proposed complaint seeks redress against two officers and/or employees of the Illinois Secretary of State, Patt Donaldson and Jim Murphy. Courts are directed to screen "a complaint in a civil action in which a prisoner seeks redress from a governmental entity

or officer or employee of a governmental entity." 28 U.S.C. § 1915A(a). Upon reviewing the proposed complaint, courts are directed to dismiss a complaint which "(1) is frivolous, malicious, or fails to state a claim . . .; or (2) seeks monetary relief from a defendant who is immune from such relief." 28 U.S.C. § 1915A(b). Courts conduct the same screening process when a plaintiff files a motion to proceed in forma pauperis. See 28 U.S.C. § 1915(d)(2)(B).

This case will be dismissed. The alleged constitutional violation is that the Defendants "did combine, conspire, and confederate together and with diver others, the identity of whom are unknown to the Plaintiff to deprive Plaintiff of property (Revoking of a Pick-up Truck's Title) without due process, in violation of Constitutional Rights." The proposed complaint includes some other conclusory legal jargon.

A Westlaw search reveals that the Plaintiff recently made the same claims in the Northern District of Illinois. See Rodriguez v. Donaldson, 2010 WL 5174393, at *2 (N.D. Ill. Dec. 15, 2010). That complaint was dismissed for failure to state a claim upon which relief may be granted.

This complaint will be dismissed for the same reason. The Court finds that dismissal is also appropriate on the basis of res judicata.

<u>Ergo</u>, the Court hereby dismisses the proposed complaint pursuant to 28 U.S.C. § 1915A.

All pending motions are DENIED AS MOOT.

ENTER: April 21, 2011

    FOR THE COURT:

                                        s/Richard Mills
                                        United States District Judge